```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                  DISTRICT OF MARYLAND
```

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2011 JUL -6 A 11: 25

TAMMY KESTLER

CLERK'S OFFICE
AT BALTIMORE

Plaintiff,

BY_____DEPUTY

V.

CIVIL ACTION NO
1:11-cv-01333-JKB

RECEIVABLES OUTSOURCING, INC

Defendant.

JULY 5, 2011

*ORDER*
*Case Dismissed with prejudice.*
7/5/11

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY /S/ Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com